AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Rutilo URIOSTEGUI-Mojica<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 09, 2020** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Freer, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about March 09, 2020 the defendant Rutilo URIOSTEGUI-Mojica was apprehended near Freer, Texas. After a brief interview it was determined that, Rutilo URIOSTEGUI-Mojica was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Rutilo URIOSTEGUI-Mojica was previously REMOVED from the United States on 07/19/2019 at Laredo, TX. There is no record that Rutilo URIOSTEGUI-Mojica has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Jose Monserrate
*Complainant's signature*

Jose Monserrate, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: March 11, 2020

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*